FILED

APR - 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR94-WKW |
| | ) | [21 USC 841(a)(1)] |
| WILLIE DAVIS DEWHART | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27$^h$ day of March 2006, in Montgomery County, within the Middle District of Alabama,

WILLIE DAVIS DEWHART,

defendant herein, did knowingly and intentionally possess with the intent to distribute 500 grams or more of cocaine hydrochloride, more commonly referred to as "cocaine power,", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*/s/ Foreperson*

*/s/ Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney