IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CRIMINAL NO. 2:06R94-WKW
)
WILLIE DAVIS DEWHART )

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE  **MONTGOMERY CO DETENTION FACILITY**

AT **MONTGOMERY, ALABAMA**

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **WILLIE DAVIS DEWHART**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **April 19, 2006** at 10:00 a.m., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

DONE, this the 10th day of April, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

4/11/06
p/u on detainer.
Returned unexecuted.

RETURNED AND FILED

APR 1 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.