IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:06CR94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |
| | ) | |

## ORDER

For good cause, it is

**ORDERED** that the pretrial conference  previously scheduled in the above case

for July 17, 2006 be and is hereby RESET for August 18, 2006  at 1:00 p.m.,  in

courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church

Street, Montgomery, Alabama.

Done this 27th day of April, 2006.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE