IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

CASE NO. 2:00CR97-D

v.    2:06CR94-WKW

**WILLIE DEWHART,**
    **DEFENDANT.**

### MOTION TO CONTINUE PRETRIAL CONFERENCE

Comes now Willie Dewhart by and through undersigned Counsel and moves this Court to continue the pretrial conference set for July 17, 2006 and in support thereof states the following:

1. Counsel will be unavailable the weeks of June 27 - July 17, 2005 as her 15 year old son will be competing in the Wrangler Junior National Rodeo Finals in Gallup, New Mexico.

3. Wherefore undersigned counsel respectfully requests that this matter be continued to a new date.

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012