IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,
    PLAINTIFF,

                                          CASE NO. 2:00CR97-D
v.                                                2:06CR94-WKW

WILLIE DEWHART,
    DEFENDANT.

## PSYCHIATRIC EXAMINATION MOTION

Comes now Willie Dewhart by and through undersigned Counsel and files this his motion requesting a psychiatric examination to determine competency pursuant to 18 U.S.C. §4241 and in support thereof states the following:

1. Counsel has met with Dewhart regarding the instant charges and he has no recollection of the events in question. Further, he reports he was seeking menal health counseling prior to the arrest. His reported conduct at the time of the arrest supports the request for a competency evaluation. Additionally, Dewhart has a history of mental illness as reported in his presentence reprt in Case No. 2:00cr97-D.

2. Therefore pursuant to 18 U.S.C. 4241, the undersigned respectfully requests this Court direct that a competency examination be done at Government expense.

3. Wherefore based on the above the undersigned respectfully requests the Court grant the relief requested.

Respectfully submitted

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104

>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

>Respectfully submitted,
>
>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: JAM012