IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr94-WKW |
| | ) | |
| WILLIE DEWHART | ) | |

ORDER

The defendant filed a motion (doc. # 14) requesting that the court order a psychiatric examination of the defendant pursuant to 18 U.S.C. § 4241. The government has no objections.

It appears to the court that there is reasonable cause to believe that WILLIE DEWHART may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is

ORDERED by this court that the United States Marshal for this district immediately remove the defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where the defendant is to be committed for the purpose of being observed and examined for a period of 30 days by one or more qualified psychiatrists at the institution, pursuant to the provisions of 18 U.S.C. § 4241. The 30 day period shall commence upon the defendant's arrival at the designated facility. It is further

ORDERED by this court that the examining psychiatrist or psychiatrists conducting the mental examination of the defendant report in writing to this court within 45 days from the date of the defendant's arrival at the designated facility as to their findings, opinions and conclusions relative to the competency or incompetency of the defendant and specifically report to and advise this court whether or not in their opinion the defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against him or properly assist in her own defense.  It is further

ORDERED by this court that the defendant shall be incarcerated and remain at the institution designated by the Attorney General until the examination is concluded at which time the defendant shall be returned to this district.

The clerk of this court is hereby ORDERED to furnish the United States Marshal for this district three certified copies of this order.

Done this 4th day of May, 2006.

      /s/Charles S. Coody  
      CHARLES S. COODY  
      CHIEF UNITED STATES MAGISTRATE JUDGE