IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr94-WKW |
| | ) | |
| WILLIE DEWHART | ) | |

**ORDER**

On April 27, 2006, the defendant filed a motion to continue the pretrial conference in this case. (Doc. # 13). On April 27, 2006, the court entered an order resetting the pretrial conference from July 17, 2006 until August 18, 2006. (Doc. # 12). Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to continue the pretrial conference (doc. # 13) be and is hereby DENIED as moot.

Done this 5th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE