IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

## ORDER

Upon consideration of the Federal Medical Center Lexington Warden's letter request for an extension of time to complete the examination previously ordered by the court (doc. # 15), it is

ORDERED the time for completion of the examination be extended to 45 days from the date the defendant arrived at the facility.

Done this 23rd day of June, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE