| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   AUGUST 16, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:16 p. m. to 1:20 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR94-WKW-CSC**     **DEFENDANT NAME: WILLIE DAVIS DEWHART**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY.  SUSAN JAMES |

☐   **DISCOVERY STATUS:** Complete.

✓   **PENDING MOTION STATUS:**  None.

☐   **PLEA STATUS:**

☐   **TRIAL STATUS:**

☐   **REMARKS:** Court did received a faxed mental evaluation on the deft, informing the court that Mr. Dewhart is not competent to stand trial.  May have a hearing on the question of his commitment or Judge Watkins may do it.