**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

                                          **CASE NO. 2:00CR97-D**
**v.**                                                **2:06CR94-WKW**

**WILLIE DEWHART,**
    **DEFENDANT.**

### MOTION TO CONTINUE COMPETENCY HEARING

Comes now Willie Dewhart by and through undersigned Counsel and moves this Court to continue the competency hearing set for August 25, 2006 and in support thereof states the following:

1. Counsel is set for a Rule 32 hearing in the case of *State of Alabama v. Jason Patrick Norris*, Case No. 99-1243.60, Calhoun County Circuit Court. This matter has been set for months. The State recently filed a motion to continue. The undersigned's office was telephonically advised today that no continuance would be granted.

2. Wherefore undersigned counsel respectfully requests that this matter be continued to a new date.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommy Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

  s/Susan G. James
  SUSAN G. JAMES
  Attorney at Law
  600 South McDonough Street
  Montgomery, Alabama 36104
  Phone: (334) 269-3330
  Fax: (334) 834-0353
  E-mail: sgjamesandassoc@aol.com
  Bar No: JAM012