IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

## **ORDER**

Upon consideration of the motion to continue competency hearing (doc. # 22) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that the competency hearing be and is hereby CONTINUED from August 25, 2006, to August 30, 2006, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 24th day of August, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE