IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr0094-WKW |
| ) | |
| WILLIE DAVIS DEWHART ) | |

**MOTION TO CONTINUE COMPETENCY HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this Motion to Continue the Competency Hearing, and as grounds, states as follows:

1. The competency hearing was originally scheduled for Friday, August 25, 2006. Thereafter, an unopposed motion to continue was filed by defense counsel because of a conflict in scheduling. On today's date, August 24, 2006, an Order was issued scheduling the competency hearing for August 30, 2006, at 3:00 p.m. .

2. The United States moves to continue the hearing of the above-referenced defendant until after September 1, 2006. The Assistant United States Attorney assigned to this case is scheduled to attend the Law Enforcement Coordinating Committee (LECC) conference on August 30 - September 1, 2006.

3. Defense counsel for Defendant Dewhart has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance to a date after September 1, 2006.

Respectfully submitted this the 24th day of August, 2006.

                                            LEURA G. CANARY  
                                            UNITED STATES ATTORNEY

                                            /s/Tommie Brown Hardwick  
                                            TOMMIE BROWN HARDWICK  
                                            Assistant United States Attorney  
                                            One Court Square, Suite 201  
                                            Montgomery, AL 36104  
                                            Phone: (334)223-7280  
                                            Fax: (334)223-7135  
                                            E-mail: tommie.hardwick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CR. NO. 2:06cr0094-WKW |
| ) | |
| WILLIE DAVIS DEWHART  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esq.

    Respectfully submitted,

    /s/Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: tommie.hardwick@usdoj.gov