IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
     )
     )
vs.      )      CR. NO.: 2:06CR94-WKW
     )
WILLIE DAVIS DEWHART      )
     )

## ORDER

Upon consideration of the *Motion to Continue Competency Hearing* (doc. #24)

filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that the competency

hearing now set for **August 30, 2006** be and is hereby **CONTINUED** to **September 5,**

**2006** at **2:30 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church

Street, Montgomery, Alabama.  The United States Marshal or the person having custody

of the defendant shall produce the defendant for the hearing.

Done this 28th day of August, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE