IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr94-WKW |
| | ) | WO |
| WILLIE DAVIS DEWHART | ) | |

ORDER

For good cause, and without objection by the government as established at the hearing held on September 5, 2006, it is

ORDERED that the time for the defendant to file appropriate notices pursuant to FED.R.CRIM.P. 12.2 be and is hereby extended to not later than 20 days after the certificate described in 18 U.S.C. § 4241(e) is filed in this court.

Done this 5th day of September, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE