# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/5/06 | AT | 2:30 p.m. to 2:43 p.m. |
| DATE COMPLETED: 9/5/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA  *
                          *
    Plaintiff          *
                          *
VS.                       *   CASE NO.:   2:06CR94-WKW-CSC
                          *
WILLIE DEWHART            *
                          *
    Defendant          *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | * | Atty. Susan James |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON        COURT REPORTER: RISA ENTREKIN

( X ) OTHER PROCEEDINGS: **COMPETENCY HEARING**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| **Description** | Competency Hrg - 06cr94-WKW-CSC | |
| **Date** | 9 / 5 /2006    **Location**   Courtroom 4B | |
| **Time** | **Speaker** | **Note** |
| 2 :30:14 PM | Court | Court convenes; parties present as noted; Discussions as to the psychological report; |
| 2 :30:35 PM | Atty. James | Addressed the court as to the deft's position; Discussions as to what the report said that the deft maybe capable of being of help to counsel; Addresses concerns that deft may not have been competent at the time of the offense; The court could send him back for a month period; |
| 2 :32:02 PM | Court | Response that the examining psychologist indicated that in his conclusion that a period of treatment would restore Mr. Dewharts competence; |
| 2 :32:17 PM | Atty. James | Response - Does not eliminate concerns about him remembering what happened to him; |
| 2 :33:20 PM | Court | Response ; The original commitment order did order both types of evaluations; |
| 2 :33:48 PM | Atty. Hardwick | Addresses the court as to the Dr. Miller's report; |
| 2 :36:13 PM | Atty. James | Response; |
| 2 :37:37 PM | Court | Discussion that based on the report, both parties agree that the deft needs to be commited for a period of treatment to restore his competence; Discussions as to concerns as to whether the deft is actually incompetent or malingering; Discussion of the question of his mental state at the time of the offense; In the commitment order we should direct them to evaluate that issue; |
| 2 :39:06 PM | Atty. James | Response in agreement with court; Discussion as to seeking an independant evaluation to resolve retardation issue; |
| 2 :40:13 PM | Court | Response; |
| 2 :40:48 PM | Atty. James | Discussion as to whether a Rule 12.2 motion is appropriate; |
| 2 :41:14 PM | Court | Question to the goverment as to having any diffifculty to the deft reserving that issue, pending the period of treatment? |
| 2 :41:22 PM | Atty Hardwick | No. We agree that we need to send him for further evaluation; |
| 2 :42:02 PM | Atty. James | Question as to whether the motion put the government in a position to ask for the second part of evaluation; |
| 2 :42:33 PM | Court | Will recommend that Judge Watkins order that they perform that evaluation; This court will separately enter allowing counsel a period of time, after the deft return to the district to file those motions; |
| 2 :43:05 PM | Atty James | Ask that after the report comes that the court bring counsel in to talk status; |
| 2 :43:22 PM | Court | Court is recessed. |