IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

                      CASE NO. 2:06cr94-WKW-CSC-1

**v.**

**WILLIE DEWHART,**
    **DEFENDANT.**

### MOTION TO ENFORCE COURT ORDER OF SEPTEMBER 5, 2006 AND OCTOBER 5, 2006

Comes now Willie Dewhart by and through undersigned Counsel and moves this Court in its Orders of September 5, 2006 and October 5 2006 directing that Willie Dewhart be returned to the Bureau of Prisons for hospitalization and treatment **to** determine whether the defendant was insane at the time of the commission of the offense and in support thereof states the following:

1. To date Dewhart still remains in the Montgomery City Jail and the Court's Orders have not been complied with.

2. Wherefore Dewhart requests that this Court enter an Order directing the appropriate authorities to comply with the Court's directive for hospitalization and treatment and further evaluation.

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommy Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012