IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )        CASE NO. 2:06-cr-00094-WKW
                                    )         (WO)
WILLIE DAVIS DEWHART,               )

## **ORDER**

Upon consideration of the defendant's Motion to Enforce Court Order (Doc. # 30), it is

ORDERED that the United States shall file a response **on or before January 31, 2007.**

Done this 29th day of January, 2007.


            /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE