IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

It is ORDERED that the defendant's Motion to Enforce Court Order (Doc. # 30) is DENIED as MOOT.

DONE this 12th day of April, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE