IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on **June 28, 2007, at 2:00 p.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 21st day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE