IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,
 PLAINTIFF,

               CASE NO.  2:06cr00094-WKW

v.

WILLIE DEWHART,
 DEFENDANT.

## UNOPPOSED MOTION TO CONTINUE

 Comes now Willie Dewhart by and through undersigned Counsel and moves this Court to continue the hearing set for June 28, 2007 at 2:00 p.m.  and in support thereof states the following:

 1.  The trial of this case is presently set for June 25, 2007.

 2.  Prior to this setting the undersigned was retained for sentencing in the matter of *United States v. Don Siegelman*, Case No.  2:05cr119-MEF-001, Middle District of Alabama.  Sentencing is set for June 26, 2007 and should continue for several days due to the complex nature of the Siegelman case and the involvement of many lawyers, counsel expects the Siegelman sentencing to last at least three days.

 4.  Counsel apologizes for any inconvenience this may have caused the Court.  Anderson is presently on bond.

 5.  Wherefore counsel prays this matter will be reset.  Counsel will be out of State July 9-13 and July 23-27, 2007.

 6.  Contact has been made with AUSA Tommie Hardwick and she does not oppose this continuance.

 Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law

        600 South McDonough Street  
        Montgomery, Alabama 36104  
        Phone: (334) 269-3330  
        Fax: (334) 834-0353  
        E-mail: sgjamesandassoc@aol.com  
        Bar No: JAM012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick  
Assistant United States Attorney  
P.O. Box 197  
Montgomery, Alabama, 36101

    Respectfully submitted,

        s/Susan G. James  
        SUSAN G. JAMES  
        Attorney at Law  
        600 South McDonough Street  
        Montgomery, Alabama 36104  
        Phone: (334) 269-3330  
        Fax: (334) 834-0353  
        E-mail: sgjamesandassoc@aol.com  
        Bar No: JAM012