IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue (Doc. # 37), it is ORDERED that the motion is GRANTED. The mental competency hearing is continued from June 28, 2007, to **July 5, 2007, at 10:00 a.m.**

Done this 27th day of June, 2007.

                                        /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE