IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr94-WKW |
| | ) | |
| WILLIE DEWHART | ) | |

**ORDER**

Upon consideration of the defendant's motion for independent psychological evaluation (doc. # 40) and the government's response (doc. # 42), it is

ORDERED that pursuant to 18 U.S.C. § 3006A(3), approval for payment for psychological services be and is hereby GRANTED. The defendant requested approval for up to $3000.00 for this purpose. However, GUIDE TO JUDICIARY POLICIES AND PROCEDURES ¶ 3.02A in conjunction with ¶ 3.11 limits compensation for psychiatrists and psychologists to $1600.00, and, therefore, compensation to be paid to a psychologist for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred. It is further

ORDERED that counsel for the defendant shall provide to the Clerk of the Court the name of the psychologist and his or her Social Security Number or other tax ID.

The Clerk of the Court is DIRECTED to issue the appropriate CJA 21.

Done this 23rd day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE