

# Mobile Psychological Associates

**2411 Old Shell Road**
**Mobile, Alabama 36607**
**(251) 479-8677**

DANIEL L. KOCH, Ph.D
A. ELIZABETH KOCH, Ph.D.

Licensed/Alabama Board
of Examiners in Psychology

CLINICAL PSYCHOLOGY
ADULTS AND CHILDREN

*Also Licensed by the Mississippi
State Board of Psychology

August 1, 2007

Susan G. James, Esquire
P. O. Box 198
Montgomery, AL  36101-0198

RE:  United States of America v
     Willie Davis Dewhart
     Cr No. 2:06cr94-WKW

Dear Susan,

In response to your request regarding my performing a Psychological Evaluation on Willie D. Dewhart, a federal prisoner incarcerated in Montgomery, I am willing and able to perform this evaluation. I would prefer to do the evaluation in my office in Mobile. The facilities in the Montgomery Jail are extremely limited and it is very difficult to conduct an evaluation in that facility. Even if a reasonable evaluation area were provided, which has not been the case in the past, it is not possible to transport all of the test equipment which I might need to be thorough.

If it is not possible for this patient to be evaluated in Mobile I will be happy to do the best that I can in the facilities which are afforded in Montgomery.

Awaiting your response in this matter I remain.

Sincerely,

Daniel L. Koch, Ph.D.
Clinical Psychologist