IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

### **ORDER**

Upon consideration of the motion for transport for psychological evaluation (doc. # 45) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED. The defendant has on two prior occasions been evaluated at federal psychiatric facilities, and the court has approved CJA funds up to the maximum for an additional psychological evaluation. Pursuant to the applicable provisions of the Guide to Judiciary Policies and Procedures the examining psychologist may also claim travel expenses. The defendant is in custody and transporting him creates a security risk not only with respect to him, but decreases security generally because it would require Deputy US Marshals to be absent from their normal responsibilities. These considerations outweigh the convenience of the examining psychologist even to the extent that his testing equipment is "not conducive for transport."

Done this 28th day of August, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE