IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

**ORDER**

For good cause, it is

**ORDERED** that this matter be and is hereby set for a status conference on **October 11, 2007, at 11:00 a.m.** in Courtroom 4-B, United States Courthouse Complex, One Church Street, Montgomery, Alabama**.**

Done this 3rd day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE