IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. 2:06-CR-94-WKW |
| | * | |
| WILLIE DEWHART, | * | |
| | * | |
| DEFENDANT. | * | |

RECEIVED
2007 OCT 11 A 10: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

Comes now Clifford Terry Gregg Jr., co-counsel and enters this notice of appearance in the above styled matter on behalf of the defendant Willie Dewhart.

Respectfully submitted this 11th day of October 2007.

                                                                C. Terry Gregg Jr.
                                                                Co-counsel for Dewhart

C. Terry Gregg, Jr.
ASB-6892072G
Susan G. James & Associates
P.O. Box 198
Montgomery, AL 36101-0198
(334) 269-3330
(334) 263-4888 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007 I filed the foregoing with the Clerk of Court and sent notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101