IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

It is ORDERED that **on or before December 27, 2007**, the parties shall file a jointly prepared report regarding the status of the independent evaluation of Mr. Dewhart.

Done this 19th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE