IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
|     PLAINTIFF, | * |
| v. | * CASE NO. 2:06-CR-00094-WKW |
| | * |
| WILLIE DEWHART, | * |
| | * |
|     DEFENDANT. | * |

## STATUS REPORT

COME NOW the parties, pursuant to the Court's Order of December 19, 2007, and file this jointly prepared report regarding the status of the independent evaluation of Mr. Dewhart.

Successful contact has been made with the mental heath professionals involved in the psychiatric evaluations regarding the above referenced defendant. They have collectively agreed to provide the raw data used in the Dewhart evaluations directly to Dr. Daniel Koch, clinical psychologist, Mobile Alabama working as a defense expert in this case.

It is anticipated the material will be sent to Dr. Koch within the next two weeks. Dr. Koch has been contacted and projects that his work could be completed as early as four weeks from receipt of the raw data. Obviously, factors presently unknown could impact Dr. Koch's projection. If this should occur counsel will promptly notify the court that additional time is needed for Dr. Koch.

Based on the above, it appears the case could be ready for final disposition no later than the March 2008 term of court.

Respectfully submitted,

        s/Susan G. James

        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB-7956-J64S