**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-94-WKW |
| | ) | |
| **WILLIE DAVIS DEWHART** | ) | |

## ORDER

It is ORDERED that an on the record hearing will be held to determine the defendant's mental competency on **April 10, 2008, at 2:00 p.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 15th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE