IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR94-WKW |
| | ) | |
| WILLIE DEWHART | ) | |

**ORDER**

Upon consideration of the motion to transport defendant for psychological evaluation (doc. # 53) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED.  The court is advised by the United States Marshal that the Montgomery City Jail has a room which can accommodate testing.  Defendant's counsel should make arrangements for use of the room with the warden.

Done this 12th day of March, 2008.


                                      /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE