IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

## ORDER

It is further ORDERED that a **telephone status conference** is SET for **April 21, 2008, at 5:00 p.m.**, to be arranged by the government. A new date for the mental competency hearing will be set upon the conclusion of the conference.

Done this 17th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE