IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-00094-WKW |
| | ) |
| WILLIE DAVIS DEWHART, | ) |

## ORDER

It is ORDERED that the mental competency hearing is SET for **June 18, 2008, at 2:00 p.m.**

Done this 23rd day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE