IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

                                                    CASE NO.  2:06CR94-WKW

v.

**WILLIE DEWHART,**
    **DEFENDANT.**

### RESPONSE TO MOTION TO CONTINUE

Comes now counsel for Willie Dewhart and responds to the Government's Motion to Continue and states the following:

1. Counsel has contacted Dr. Daniel Koch regarding his report in this case.

2. Dr. Koch advises that his report will be forthcoming by midweek.

Wherefore, counsel would request that the Court allow the report be submitted to the Government for review in order to prepare for the August 1, 2008 competency hearing.

Respectfully submitted,

            s/Susan G. James
            SUSAN G. JAMES
            Attorney at Law
            600 South McDonough Street
            Montgomery, Alabama 36104
            Phone: (334) 269-3330
            Fax: (334) 834-0353
            E-mail: sgjamesandassoc@aol.com
            Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012