IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

Upon consideration of the government's Motion to Continue Hearing (Doc. # 63) and the response thereto (Doc. # 64), the court RESERVES ruling on the motion. The defendant is ORDERED to file under seal the expert report **on or before July 24, 2008.**

Done this 22nd day of July, 2008.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE