IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-00094-WKW |
| ) | |
| WILLIE DAVIS DEWHART ) | |

## **ORDER**

It is ORDERED that the government's Motion to Continue Hearing (Doc. # 63) is GRANTED. The hearing to determine mental competency is CONTINUED from August 1, 2008, to **August 12, 2008, at 10:00 a.m.**

Done this 25th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE