IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

It is ORDERED that defense counsel shall show cause on or before August 1, 2008, why she

failed to comply with the court's July 22, 2008 Order (Doc. # 65).

Done this 29th day of July, 2008.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE