IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

                                CASE NO: 2:06CR00094-WKW

**v.**

**WILLIE DEWHART,**
    **DEFENDANT.**

### RESPONSE TO SHOW CAUSE ORDER OF JULY 29, 2008

    Comes now Susan G. James and files this her response to the Court's Order of July 22, 2008 and in support thereof states the following:

    1. Counsel was out of state with her son from July 9, 2008 until July 29, 2008. Her son was competing in National Finals Rodeo competition in Farmington, New Mexico.

    2. Counsel did not see the order nor was she advised of the order by her staff during her absence. The other firm lawyer, Denise Simmons was out of town or out of the office from July 22-July 28, 2008.

    3. Counsel apologizes for this inconvenience and assures the Court her failure to comply was unintentional.

    4. Counsel recognizes the Court has been over indulgent in this case. However, as evidenced by Dr. Koch's report, which has been provided to the Government, the conditions under which he has been operating have precluded an earlier and more comprehensive response.

    5. Counsel has on today's date filed Dr. Koch's report under seal as instructed by the Court.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012