IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, 2008 JUL 31 P 12: 22
    PLAINTIFF,

                      CASE NO. 2:06cr94-WKW
v.                          UNDER SEAL

WILLIE DEWHART,
    DEFENDANT.

### MOTION TO FILE PSYCHOLOGICAL EVALUATION UNDER SEAL

Comes now Willie Dewhart, by and through undersigned Counsel, pursuant to this Court's order of July 22, 2008, and files under seal Dr. Koch's July 22, 2008 psychological evaluation on Dewhart.

1. The Court directed that this report be filed under seal. The Government has also been provided with a copy.

Respectfully submitted this 31st day of July, 2008.

                            Susan G. James (ASB7956J64S)

Law Office of:
Susan G. James
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I filed the foregoing with the Clerk of Court using which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

                            Of Counsel