IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-00094-WKW |
| | ) | |
| WILLIE DAVIS DEWHART, | ) | |

## **ORDER**

It is ORDERED that the Motion to File Psychological Evaluation Under Seal (Doc. # 69) is GRANTED.

Done this 7th day of August, 2008.

        /s/  W. Keith Watkins
        UNITED STATES DISTRICT JUDGE