IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cr-00094-WKW |
| ) | |
| WILLIE DAVIS DEWHART, ) | |

## **ORDER**

It is ORDERED that **on or before August 26, 2008**, the counsel for the parties shall file briefs in support of their respective positions on the issue of the defendant's mental competency to stand trial.

Done this 13th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE