**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO 2:06-cr-94-WKW** |
| | ) | |
| **WILLIE DAVIS DEWHART** | ) | |

**MOTION TO FILE NOTICE AND ATTACHMENT UNDER SEAL**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and files the following Motion, and as grounds for such

states as follows:

1.      At a hearing before this Court, Dr. Karen Milliner referenced medical records

reviewed pertaining to the defendant.  Defense Counsel, and the Court, requested that Dr. Milliner

provide those documents via the undersigned AUSA.

2.      The undersigned AUSA is in receipt of those documents and, in a separate filing, will

present those records to the Court.

3.      Because of the nature of the records and concerns regarding protection of the

defendant's privacy rights, the government requests that the Court permit the filing of the medical

records, UNDER SEAL, as well as the Notice to which the records are attached.

Respectfully submitted, this the 10th day of September, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ *Susan R. Redmond*
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280   Fax: (334) 223-7138
E-mail: susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR.  NO 2:06-cr-94-WKW** |
| ) | |
| **WILLIE DAVIS DEWHART** ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ *Susan R. Redmond*
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
E-mail: susan.redmond@usdoj.gov