IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-94-WKW |
| | ) | |
| WILLIE DAVIS DEWHART | ) | |

**ORDER**

Upon consideration of the Motion to File Notice and Attachment under Seal (Doc. # 77), filed by the United States of America, it is ORDERED, for good cause shown, that the motion is GRANTED. The Clerk of the Court is DIRECTED to file the medical records described in Doc. # 77 that the United States of America intends to file, and the notice for that filing, under seal.

Done this 12th day of September, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE